An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
        Appellant,

vs.

THE STATE OF NEVADA,
        Respondent.

No. 68012

**FILED**

JUL 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Because appellant failed to designate an appealable order, we lack jurisdiction to consider this appeal. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____ J.
Saitta

_____ J.
Gibbons

_____ J.
Pickering

---

[1]Further, appellant's notice of appeal from the designated order is untimely. *See* NRAP 4(b); NRAP 26. Thus, we would lack jurisdiction on this basis as well.

15-20877

cc: Hon. Susan Johnson, District Judge
Percy Lavae Bacon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A